# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff(s),<br><br>v.<br><br>AIR VENT, INC., et al.,<br><br>    Defendant(s). | Case No.: 2:20-cv-01579-JAD-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties are hereby **ORDERED** to file, no later than March 9, 2021, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: March 2, 2021

Nancy J. Koppe
United States Magistrate Judge