MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
PATERNO C. JURANI, ESQ.
Nevada Bar No.: 008136
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
702-384-4012
702-383-0701 fax
mstoberski@ocgas.com
pjurani@ocgas.com
Attorney for Third-Party Defendants
*King of Fans, Inc. and Chien Luen Industries Co., Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AIR VENT, INC.,<br>　　　　　Defendant. | CASE NO. 2:20-cv-01579-JAD-NJK |
| AIR VENT, INC., a Delaware Corporation,<br><br>　　　　　Third-Party Plaintiff,<br><br>vs.<br><br>POWERMAX ELECTRIC CO. LTD. GUANGDONG; CHIEN LUEN INDUSTRIES CO. LTD.; KING OF FANS, INC., a foreign corporation and MOES I-X,<br><br>　　　　　Third-Party Defendants. | STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY DEFENDANTS KING OF FANS, INC. AND CHIEN LUEN INDUSTRIES CO., LTD.'S EXTENSION TO RESPOND TO DEFENDANT/THIRD-PARTY DEFENDANT AIR VENT, INC.'S THIRD-PARTY COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED between Defendant/Third-Party Plaintiff AIR VENT, INC. and Third-Party Defendants KING OF FANS, INC. and CHIEN LUEN INDUSTRIES CO., LTD., by and through their undersigned counsel, that KING OF

1

1  FANS, INC. and CHIEN LUEN INDUSTRIES CO., LTD. may have additional time to answer
2  or otherwise respond to AIR VENT, INC.'s Third-Party Complaint. Good cause exists for this
3  extension as defense counsel has been recently retained and requires time to become
4  knowledgeable about the case to prepare an Answer. Therefore, the last day for KING OF FANS,
5
6  INC. and CHIEN LUEN INDUSTRIES CO., LTD. to answer is March 15, 2021.
7       KING OF FANS, INC. and CHIEN LUEN INDUSTRIES CO., LTD. have not
8  previously requested an extension to the timeframe for serving their answers to AIR VENT,
9  INC.'s Third-Party Complaint with respect to this matter.
10
11  DATED this 9th day of March, 2021.            DATED this 9th day of March, 2021.

12  SPRINGEL & FINK LLP                            OLSON CANNON GORMLEY & STOBERSKI

13  /s/ Chad D. Fuss, Esq.                         /s/ Michael E. Stoberski

14  LEONARD T. FINK, ESQ.                          MICHAEL E. STOBERSKI, ESQ.
15  Nevada Bar No.: 006296                         Nevada Bar No.: 004762
    CHAD D. FUSS, ESQ.                             PATERNO C. JURANI, ESQ.
16  Nevada Bar No.: 12744                          Nevada Bar No.: 008136
    9075 W. Diablo Dr., Ste. 302                   9950 W. Cheyenne Ave.
17  Las Vegas, NV  89148                           Las Vegas, NV  89129
    Attorney for Defendant/Third-Party             Local Attorney for Third-Party Defendants
18  Plaintiff                                      *King of Fans, Inc. and Chien Luen Industries Co.,*
19  *Air Vent, Inc.*                               *Ltd.*

20
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

2

*Safeco v. Air Vent*
Case No.: *2:20-cv-01579-JAD-NJK*

### ORDER GRANTING THIRD-PARTY DEFENDANTS KING OF FANS, INC. AND CHIEN LUEN INDUSTRIES CO., LTD.'S EXTENSION TO RESPOND TO DEFENDANT/THIRD-PARTY DEFENDANT AIR VENT, INC.'S THIRD-PARTY COMPLAINT

IT IS HEREBY ORDERED that the timeframe for Third-Party Defendants KING OF FANS, INC. and CHIEN LUEN INDUSTRIES CO., LTD. to answer or otherwise respond to Defendant/Third-Party Plaintiff AIR VENT, INC.'s Third-Party Complaint is now March 15, 2021.

DATED this 10th day of March, 2021.

_____
THE HONORABLE NANCY J. KOPPE

Submitted by:

OLSON CANNON GORMLEY & STOBERSKI

_____
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorney for Third-Party Defendants
*King of Fans, Inc. and Chien Luen Industries Co., Ltd.*