# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff(s),<br><br>v.<br><br>AIR VENT, INC., et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-01579-JAD-NJK<br><br>**Order** |

On March 9, 2021, the Court ordered the parties to show cause why the third-party claims should not be severed by March 23, 2021. Docket No. 27. Neither Plaintiff nor the appearing third-party Defendants filed a response.[1] The Court hereby **ORDERS** Plaintiff and the appearing third-party Defendants to respond to the order to show cause and to identify their position with respect to severance by March 30, 2021.

IT IS SO ORDERED.

Dated: March 24, 2021

                                                                                                            Nancy J. Koppe
                                                                                                            United States Magistrate Judge

---

[1] Defendant and third-party Plaintiff Air Vent did file a response. Docket No. 36.