# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiff(s),<br><br>v.<br><br>AIR VENT, INC., et al.,<br><br>            Defendant(s). | Case No. 2:20-cv-01579-JAD-NJK<br><br>**Order** |

Pending before the Court is an order to show cause why the third-party claims should not be severed. Docket No. 27. Responses have now been filed. Docket Nos. 36, 41-43.

The order to show cause was issued based on the representation that the inclusion of the third-party claims in this case were expected to create severe delay. Docket No. 27 at 1. In particular, the discovery plan included a representation that service in China was expected to take up to two years to accomplish. *See id.* (quoting Docket No. 25 at 2). The representations as to the timeframe for service have since changed. Most recently, Air Vent has submitted a declaration indicating that the average time for service in China is seven months, though it can vary and sometimes exceed one year. Docket No. 36-1 at ¶ 4.

Given the shifting representations as to effectuating service in China, the Court will **DISCHARGE** the order to show cause for now. The Court may revisit the issue of severance in the future depending on the circumstances as they develop.

IT IS SO ORDERED.

Dated: April 6, 2021

                                                                                    _____
                                                                                    Nancy J. Koppe
                                                                                    United States Magistrate Judge

1