**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | Case No. 2:20-cv-01579-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 61] |
| AIR VENT, INC., et al., | |
| Defendant(s). | |

Pending before the Court is Air Vent's motion to extend the deadline to serve third-party Defendant Powermax Electric to March 3, 2022. Docket No. 61. No response was filed. Although good cause exists for an extension, the Court is not persuaded that such a lengthy extension is warranted based on the showing made and the current circumstances. *See* Docket No. 57-1 at ¶ 11 (representation that service in China is completed on average within seven months). Accordingly, that motion is **GRANTED** in part and **DENIED** in part. The deadline to effectuate service on Powermax Electric is **EXTENDED** to January 18, 2022.[1]

IT IS SO ORDERED.

Dated: November 17, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court does not opine herein on the other relief sought, which is to serve Powermax Electric by alternative means. *See* Local Rule 2-2(b) (separate documents must be filed for each type of request being made); *see also Bank of N.Y. Mellon v. SFR Invs. Pool 1, LLC*, 2017 U.S. Dist. Lexis 132101, at *2 (D. Nev. Aug. 18, 2017) (discussing importance of this rule). To the extent such relief is sought, a separate motion must be filed.