LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada  89148
Telephone:  (702) 804-0706
E-Mail:     *lfink@springelfink.com*
            *cfuss@springelfink.com*

Attorneys for Defendant/Third-Party Plaintiff
*AIR VENT, INC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
***

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>AIRVENT, INC.,<br><br>                  Defendants. | Case No.:  2:20-cv-01579-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO SAFECO INSURANCE COMPANY OF AMERICA'S MOTION FOR SUMMARY JUDGMENT (DOCUMENT 69) AND AIR VENT, INC. TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (DOCUMENT 62)** |
| AIR VENT, INC., a Delaware corporation,<br><br>         Third-Party Plaintiff,<br><br>vs.<br><br>POWERMAX ELECTRIC CO. LTD. GUANGDONG; CHIEN LUEN INDUSTRIES CO. LTD.; KING OF FANS, INC., a foreign corporation and MOES I-X,<br><br>         Third-Party Defendants. | ECF No. 72 |

/ / /

Pursuant to Local Rule IA 6-1, the Parties, by and through their respective, undersigned, attorneys of record, stipulate and agree that **the deadline for Air Vent, Inc. to file an Opposition to Safeco Insurance Company of America's Motion for Summary Judgment (Document 69) filed on December 7, 2021 shall be extended to January 14, 2022. The deadline for Safeco Insurance Company of America's Reply shall be extended to January 28, 2022.**

The Parties further agree that **the deadline for Air Vent, Inc. to file its Reply in support of its Motion for Summary Judgment (Document 62) filed on November 15, 2021 shall be extended from December 21, 2021 to January 7, 2022.** Safeco Insurance Company of America's Response to Air Vent, Inc.'s Motion for Summary Judgment (Document 68) was filed on December 7, 2021.

This is the first request for an extension. It is made due to the upcoming holidays, pre-planned vacations, and office closures. It is not intended for an improper purpose or to cause delay, but is made in good faith after discussions between the aforementioned counsel of record.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 20th day of December, 2021. | DATED this 20th day of December, 2021. |
| SPRINGEL & FINK LLP | OLSON CANNON GORMLEY & STOBERSKI |
| */s/ Chad D. Fuss* | */s/ Michael E. Stoberski* |
| LEONARD T. FINK, ESQ.<br>Nevada Bar No. 6296<br>CHAD D. FUSS, ESQ.<br>Nevada Bar No. 12744<br>9075 W. Diablo Drive, Suite 302<br>Las Vegas, Nevada, 89148<br>Attorneys for Defendant/Third-Party Plaintiff,<br>*Air Vent, Inc.* | MICHAEL E. STOBERSKI, ESQ.<br>Nevada Bar No. 4762<br>PATERNO C. JURANI, ESQ.<br>Nevada Bar No. 8136<br>9950 W. Cheyenne Avenue<br>Las Vegas, Nevada 89129<br><br>Chad J. Stepan, Esq.<br>[Pro Hac Vice]<br>MEAGHER & GEER, PLLP<br>33 South Sixth Street, Suite 4400<br>Minneapolis, Minnesota 55402<br><br>Attorney for Third-Party Defendants,<br>*King of Fans, Inc. and*<br>*Chien Luen Industries Co.,Ltd* |

DATED this 20th day of December, 2021.

LAW OFFICES OF JASON M. PECK

/s/ Jason C. Foulger,  for
_____

JASON M. PECK, ESQ.
Nevada Bar No. 10183
P.O.  Box 7218
London, Kentucky 40742
Attorneys for Plaintiff,
*Safeco Insurance Company of America*

## **ORDER**

Based on the parties' stipulation and good cause appearing, IT IS SO ORDERED.

The deadline for Air Vent, Inc. to file an Opposition to Safeco Insurance Company of America's Motion for Summary Judgment (Document 69) is extended to January 14, 2022.

The deadline for Safeco Insurance Company of America's Reply in support of that motion is now January 28, 2022.

The deadline for Air Vent, Inc. to file its Reply in support of its Motion for Summary Judgment (Document 62) is extended to January 7, 2022.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 29, 2021