LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada  89148
Telephone:  (702) 804-0706
E-Mail:     *lfink@springelfink.com*
            *cfuss@springelfink.com*

Attorneys for Defendant/Third-Party Plaintiff
*AIR VENT, INC.*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
\*\*\*

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br>                     Plaintiff, <br><br> vs. <br><br> AIRVENT, INC., <br><br>                     Defendants. | Case No.:  2:20-cv-01579-JAD-NJK <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO POWERMAX ELECTRIC CO. LTD. GUANGDONG'S MOTION TO DISMISS** <br><br> ECF Nos. 77, 79 |
| AIR VENT, INC., a Delaware corporation, <br><br>        Third-Party Plaintiff, <br><br> vs. <br><br> POWERMAX ELECTRIC CO. LTD. GUANGDONG; CHIEN LUEN INDUSTRIES CO. LTD.; KING OF FANS, INC., a foreign corporation and MOES I-X, <br><br>        Third-Party Defendants. | |

/ / /

-2-

Pursuant to Local Rule IA 6-1, the Parties, by and through their respective, undersigned, attorneys of record, stipulate and agree that the deadline for Air Vent, Inc. to file an Opposition to POWERMAX ELECTRIC CO. LTD. GUANGDONG's Motion for to Dismiss (Document #77) filed on December 23, 2021 shall be extended to January 18, 2022. The deadline for POWERMAX ELECTRIC CO. LTD. GUANGDONG's Reply shall be extended to February 1, 2022.

This is the first request for an extension. It is made due to office closures from the recent holidays. It is not intended for an improper purpose or to cause delay, but is made in good faith after discussions between the aforementioned counsel of record.

IT IS SO STIPULATED.

DATED this 3rd day of January, 2022.

SPRINGEL & FINK LLP

/s/ Chad D. Fuss, Esq.
_____
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada, 89148
Attorneys for Defendant/Third-Party Plaintiff,
*Air Vent, Inc.*

DATED this 3rd day of January, 2022.

Wilson Elser Moskowitz Edelman & Dicker LLP

/s/ Christopher D. Phipps, Esq.
_____
CHRISTOPHER D. PHIPPS, ESQ.
Nevada Bar No. 3788
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Attorney for Third-Party Defendant,
*Powermax Electric Co. Ltd. Guangdong*

### ORDER

Based on the parties' stipulation (ECF No. 79) and good cause appearing, IT IS HEREBY ORDERED that the briefing deadlines on POWERMAX ELECTRIC CO. LTD. GUANGDONG's Motion to Dismiss (ECF No. 77) are extended per the parties' stipulation.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 5, 2022