LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada  89148
Telephone:  (702) 804-0706
E-Mail:     *lfink@springelfink.com*
            *cfuss@springelfink.com*

Attorneys for Defendant/Third-Party Plaintiff
*AIR VENT, INC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
***

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | Case No.:  2:20-cv-01579-JAD-NJK |
| Plaintiff, | |
| vs. | **SECOND STIPULATION TO EXTEND TIME TO FILE AN OPPOSITION TO POWERMAX ELECTRIC CO. LTD. GUANGDONG'S MOTION TO DISMISS (DOCUMENT #77)** |
| AIRVENT, INC., | |
| Defendants. | |
| | ECF No. 83 |
| AIR VENT, INC., a Delaware corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| POWERMAX ELECTRIC CO. LTD. GUANGDONG; CHIEN LUEN INDUSTRIES CO. LTD.; KING OF FANS, INC., a foreign corporation and MOES I-X, | |
| Third-Party Defendants. | |

/ / /

Pursuant to Local Rule IA 6-1, the Parties, by and through their respective, undersigned, attorneys of record, stipulate and agree that the deadline for Air Vent, Inc. to file an Opposition to POWERMAX ELECTRIC CO. LTD. GUANGDONG's Motion for to Dismiss (Document #77) filed on December 23, 2021 shall be extended to January 25, 2022. The deadline for POWERMAX ELECTRIC CO. LTD. GUANGDONG's Reply shall be extended to February 8, 2022.

This is the second request for an extension. It is made due to a person necessary for Air Vent, Inc. to complete its opposition contracting COVID-19 and not being able to complete it by the current deadline. This request only seeks a one week continuance. It is not intended for an improper purpose or to cause delay, but is made in good faith after discussions between the aforementioned counsel of record.

IT IS SO STIPULATED.

DATED this 13th day of January, 2022.

SPRINGEL & FINK LLP

*/s/ Chad D. Fuss*

_____
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada, 89148
Attorneys for Defendant/Third-Party Plaintiff,
*Air Vent, Inc.*

DATED this 13th day of January, 2022.

Wilson Elser Moskowitz Edelman & Dicker LLP

*/s/ Jorge A. Ramirez*

_____
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
CHRISTOPHER D. PHIPPS, ESQ.
Nevada Bar No. 3788
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Attorney for Third-Party Defendant,
*Powermax Electric Co. Ltd. Guangdong*

## ORDER

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the briefing deadlines on POWERMAX ELECTRIC CO. LTD. GUANGDONG's Motion to Dismiss (Document 77) are extended pursuant to the parties' stipulation.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 18, 2022