# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Safeco Insurance company of America,

    Plaintiff

v.

Uchihashi, Inc,

    Defendant

Case No.: 2:20-cv-01579-JAD-NJK

**Order Dismissing Claim against Uchihashi Inc for Failure to Serve**

On February 15, 2022, this court notified the plaintiff that it would dismiss plaintiff's **claims against Uchihashi, Inc** for failure to timely serve if no proof of service was filed by March 17, 2022.[1]  As no proof of service was filed,

IT IS ORDERED that plaintiff's claims against Uchihashi, Inc. are **DISMISSED** without prejudice under FRCP 4(m).

Dated: March 23, 2022

                                                         _____
                                                         U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 90.