# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>        Plaintiff(s),<br><br>v.<br><br>AIR VENT, INC., et al.,<br><br>        Defendant(s). | Case No. 2:20-cv-01579-JAD-NJK<br><br>**Order**<br><br>[Docket No. 95] |

Pending before the Court is a stipulation to continue the settlement conference, Docket No. 95, which is **GRANTED**. The settlement conference is **CONTINUED** to 10:00 a.m. on November 7, 2022. Settlement statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on October 28, 2022.

IT IS SO ORDERED.

Dated: August 9, 2022

_____
Nancy J. Koppe
United States Magistrate Judge