# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>AIR VENT, INC., et al.,<br><br>　　　　Defendant(s). | Case No. 2:20-cv-01579-JAD-NJK<br><br>**Order** |

On July 25, 2022, United States District Judge Jennifer A. Dorsey ordered the parties to appear for a mandatory settlement conference. Docket No. 92 at 14. Also on July 25, 2022, the undersigned issued an order setting that settlement conference and establishing the requirements for it. Docket No. 94. That order required the parties to, *inter alia*, identify the participants at the settlement conference and provide an email address for each. *Id.* at 2-3. The Court has now received a settlement statement from third-party Defendants King of Fans and Chien Luen that fails to comply with the requirements set forth in that order. Accordingly, Defendants King of Fans and Chien Luen must submit an amended settlement statement that complies with that order by noon on November 2, 2022.

　　　　IT IS SO ORDERED.

　　　　Dated: November 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge