JASON PECK, ESQ.
Nevada Bar No. 10183
LAW OFFICES OF FOULGER & PECK
P.O. Box 7218
London, KY 40742
702-228-3176
866-221-6108 Fax
Email: LasVegasLegal@LibertyMutual.com
Attorney for Plaintiff
Safeco Insurance Company of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AIR VENT, INC.; UCHIHASHI, INC.; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.:    2:20-cv-01579-JAD-NJK |

## STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER

The parties jointly request that the time to file the Joint Pretrial Order be extended until February 10, 2023.  Currently, the Joint Pretrial Order is due January 30, 2023 based upon the Court Order Granting Partial Summary Judgment in Favor of Safeco and Denying Powermax's Motion to Dismiss [doc 92] requiring the parties to file the joint pretrial order 10 days after the settlement conference and the Minute Order [doc 112] excusing the parties from the settlement conference due to the parties participation in a mediation on January 18, 2023.  The case did not settle at mediation.  Therefore, the parties consider the due date for the Joint Pretrial Order to be 10 days after the mediation.

The initial draft of the Joint Pretrial Order has been prepared by Plaintiff and sent to the parties on January 23, 2023.  Currently, King of Fans has provided an initial round of revisions.

Plaintiff's counsel will be out of the state for vacation from January 28 through February 2, 2023. Due to counsel's inability to contribute further toward the completion of the Joint Pretrial Order, and the remaining parties' forthcoming revisions, the parties request an extension until one week after counsel's return to work, which should give the parties sufficient time to incorporate all the parties revisions and resolve any disputes into a final Order.

Dated this 27th day of January, 2023.

LAW OFFICES OF FOULGER & PECK

/s/ Jason Peck, Esq.
_____

Jason Peck, ESQ.
Nevada Bar No. 10183
P.O. Box 7218
London, KY 40742
Attorney for Plaintiff
Safeco Insurance Company of America

SPRINGEL & FINK LLP

/s/ Chad D. Fuss, Esq.
_____

Leonard T. Fink, Esq.
Nevada Bar No. 6296
Chad D. Fuss, Esq.
Nevada Bar No. 12744
9075 W. Diablo Drive, Ste. 302
Las Vegas, NV 89148
Attorneys for Defendant/Third-Party Plaintiff
Air Vent, Inc.

[Signatures continued on following page]

| OLSON CANNON GORMLEY & STOBERKSI | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| /s/ Chad J. Stepan, Esq. | /s/ Christopher D. Phipps, Esq. |
| Chad J. Stepan, Esq. | Christopher D. Phipps, Esq. |
| [Admitted Pro Hac Vice] | Nevada Bar No. 3788 |
| MEAGHER & GEER, PLLP | 6689 Las Vegas Blvd. South, Ste. 200 |
| 33 South Sixth St., Ste. 4400 | Las Vegas, NV 89119 |
| Minneapolis, MN 55402 | Attorney for Third-Party Defendant |
| | Powermax Electric Co., Ltd. Guangdong |
| Michael E. Stoberski, Esq. | |
| Nevada Bar No. 4762 | |
| 9950 W. Cheyenne Ave. | |
| Las Vegas, NV 89129 | |
| Attorney for Third-Party Defendants | |
| King of Fans, Inc. and Chien Luen Industries Co. | |

**ORDER**

Based on the parties' stipulation [115] and good cause appearing, IT IS ORDERED that the deadline to file the joint pretrial order is extended to February 10, 2023.

_____
UNITED STATED DISTRICT JUDGE


DATED:    **2-2-23, nunc pro tunc**
                **to 1-30-23**