# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>AIR VENT, INC., et al.,<br><br>　　　　Defendant(s). | Case No. 2:20-cv-01579-JAD-NJK<br><br>**Order**<br><br>[Docket No. 125] |

Pending before the Court is the motion to reopen discovery filed by Third-Party Defendant Powermax. Docket No. 125. Powermax's reply clarifies that it seeks discovery from Plaintiff during this reopened discovery period. Docket No. 132. Plaintiff opposes this request. Docket No. 128 at 5. The Court hereby **SETS** this dispute for a hearing at 10:00 a.m. on April 24, 2023, in Courtroom 3C.[1]

IT IS SO ORDERED.

Dated: April 11, 2023

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court is separately granting the request to reopen discovery more generally. In its response, Plaintiff asks for an order bifurcating trial. Docket No. 128 at 3-5. A responsive brief is not a proper vehicle to seek relief. *See* Local Rule IC 2-2(b). This request is denied without prejudice to renewing it by filing a proper motion.